**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ESTHER P. HOLM, SB# 140279
  E-Mail: Esther.Holm@lewisbrisbois.com
RYAN J. ANDERSON, SB# 279471
  E-Mail: Ryan.Anderson@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for RPM EXPEDITE USA,
LLC; and RICARDO HABACUC
ACEVEDO-SOSA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DWAYNE REED,<br><br>        Plaintiff,<br><br>    vs.<br><br>RPM EXPEDITE USA, LLC; and<br>RICARDO HABACUC ACEVEDO-<br>SOSA; and DOES 1 to 50 inclusive,<br><br>        Defendants. | Case No.  2:22-cv3510<br><br>**DEFENDANTS RPM EXPEDITE<br>USA, LLC; AND RICARDO<br>HABACUC ACEVEDO-SOSA'S<br>NOTICE OF REMOVAL TO<br>FEDERAL COURT**<br><br>Trial Date:        None Set |

**NOTICE OF REMOVAL OF CIVIL ACTION TO PLAINTIFF, HIS ATTORNEYS OF RECORD, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, RPM EXPEDITE USA, LLC; and RICARDO HABACUC ACEVEDO-SOSA ("Defendants") hereby remove this action from the Superior Court of California, County of Riverside, to the United States District Court for the Central District of California, Eastern Division.

1.    On or about April 14, 2022, Plaintiff Dwayne Reed ("Plaintiff") filed a Complaint in Superior Court of California in and for the County of Riverside, entitled, *Reed vs. Acevedo-Sosa,* Case No. CVRI2201500 ("the Complaint"),

4882-5206-8895.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

alleging the following causes of action: (1) motor vehicle; and (2) general negligence.

2.     A true and correct copy of the Complaint is attached hereto as **Exhibit A**.  True and correct copies of the Summons and other notices served therewith are attached hereto as **Exhibit B**.  A true and correct copy of the state court file constituting all process, pleadings, and other orders filed in the state court action are attached as **Exhibit C.**

## I.     TIMELINESS

3.     Service was effectuated on RICARDO HABACUC ACEVEDO-SOSA on April 23, 2022.  Service was effectuated on RPM EXPEDITE USA, LLC on May 2, 2022.  This Notice of Removal is timely, as it was filed within 30 days of service on Defendants RICARDO HABACUC ACEVEDO-SOSA and RPM EXPEDITE USA, LLC.

## II.     VENUE

4.     Venue is proper in this district, pursuant to 28 U.S.C. § 1441(a), because it embraces the state court where the removed action has been pending.

## III.     DIVERSITY JURISDICTION EXISTS

5.     This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and is one which may be removed by Defendants pursuant to 28 U.S.C. § 1441.  This is a civil action where, based on information and belief, Plaintiff claims an amount in controversy that exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

6.     For diversity purposes, a limited liability company is a citizen of the state of each of its members.  *Bayerische Landesbank v. Aladdin Capital Mgmt. LLC*, (2012) 692 F.3d 42, 49.

7.     Defendant RPM EXPEDITE USA, LLC is a limited liability company, which does, and at all times alleged in the Complaint has, its principle place of business in the state of Texas.  (RPM Expedite USA, LLC Decl., ¶ 3-4.) See *Hertz*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

*v. Friend*,  130 S. Ct. 1181, 1192 (2010).  A company's principal place of business is the state in which its "high level officers direct, control and coordinate the corporation's activities." *Id.* at 1186.  The Supreme Court has also held that the place of citizenship "should normally be the place where the corporation maintains its headquarters—provided that the headquarters is the actual center of direction, control, and coordination." *Id*.  Defendant's corporate headquarters is located in Fort Worth, Texas.  (RPM Expedite USA, LLC Decl., ¶ 4.) The majority of Defendant's high-level executive, marketing, and legal functions take place in Forth Worth, Texas.  (RPM Expedite USA, LLC Decl., ¶ 5.)  Defendant's officers, including the President/Chief Executive Officer, Chief Financial Officer, and General Counsel, direct, control, and coordinate the corporation's activities in Fort Worth, Texas.  (RPM Expedite USA, LLC Decl., ¶ 5.)  Accordingly, Defendant's principal place of business is Dallas, Texas for diversity purposes.

8.     The members of RPM EXPEDITE USA, LLC, a Texas company, are not citizens of the State of California.  RPM EXPEDITE USA, LLC's members include Eric Kunz, an individual and Orzy 101, Inc. Eric Kunz is a resident of Fort Worth, Texas. Orzy 101, Inc. was incorporated in the state of Delaware.  (RPM Expedite USA, LLC Decl., ¶ 5.)

9.     Because Defendant RPM EXPEDITE USA, LLC has its principal place of business in the State of Texas, and its members are residents of Texas and Delaware, Defendant RPM EXPEDITE USA, LLC is a citizen of the State of Delaware and Texas for diversity purposes.

10.     Defendant RICARDO HABACUC ACEVEDO-SOSA resides in Arlington, Texas.  (ACEVEDO-SOSA Decl., ¶ 2.)

11.     Based on the allegations set forth in the Complaint, the alleged incident occurred in Riverside, California. (RPM Expedite USA, LLC Decl., ¶ 6.)  Based on information and belief, Plaintiff is a resident of Corona, California.  (Ryan J. Anderson Decl. ¶ 3.)  Therefore, for purposes of evaluating diversity, Plaintiff is a

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  resident of the State of California.  See 28 U.S.C. 1332(a)(1) (an individual is a

2  citizen of the state in which he or she is domiciled); *State Farm Mut. Auto. Ins. Co.*

3  *v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994) (recognizing that residence is prima facie

4  evidence of domicile for purposes of determining citizenship).

5      12.    The citizenship of fictitiously named "Doe" defendants is disregarded

6  for removal purposes. 28 U.S.C. § 1441(a).

7      13.    Based on the foregoing, complete diversity between the parties exists.

8  **IV.    THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED**

9      14.    The amount in controversy appears to exceed the sum or value of

10  $75,000 exclusive of interest and costs. Removal is proper if, from the allegations of

11  the Complaint and the Notice of Removal, it is more likely than not that the claim

12  exceeds $75,000.  28 U.S.C. § 1446; *Sanchez v. Monumental Life Ins. Co.*, 102 F. 3d

13  398, 403-04 (9th Cir. 1996).

14      15.    When analyzing the amount-in-controversy, a settlement demand in

15  excess of the jurisdictional minimum may be used as evidence to establish the

16  statutory requirement.  *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 n.3 (9th Cir. 2002)

17  (holding A settlement letter is relevant evidence of the amount in controversy and

18  Fed. R. Evid. 408 is inapplicable where a settlement demand is used to establish

19  Plaintiff's value of a case).  Where a Plaintiff has placed the requisite jurisdictional

20  amount in controversy by requesting damages in excess of the jurisdictional amount,

21  it is highly unlikely that the plaintiff would have inflated his request for damages

22  solely to obtain federal jurisdiction.  *Sanchez v. Monumental Life Ins. Co.*, 102 F. 3d

23  398, 402 (9th Cir. 1996).

24      16.    Defendants deny any and all liability to Plaintiff, and disputes the

25  nature and extent of Plaintiff's claimed injuries.  However, Plaintiff made a pre-suit

26  settlement demand which clearly alleges damages well over the $75,000 amount-in-

27  controversy requirement.  (Ryan J. Anderson Declaration ¶ 2.); see also *Singer v.*

28  *State Farm Mut. Auto. Ins. Co.*, 116 F. 3d 373, 376-377 (9th Cir. 1997) (holding that

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4882-5206-8895.1                                        4
————————————————————————————————————————
DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF
REMOVAL TO FEDERAL COURT

where a complaint does not allege a specific dollar amount, the case is removable if the removing defendant shows by a preponderance of the evidence that the jurisdictional amount is present); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1031-35 (ND. Cal. 2002) (holding that a plaintiff's damage claim, including lost wages, medical expenses, and emotional distress and attorneys' fees, was enough to put the amount in controversy above $75,000).

WHEREFORE, the proceeding paragraphs establishing that the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, Defendants respectfully give notice that the action pending in the Superior Court of the State of California in and for the County of Riverside and captioned *DWAYNE REED  v. RPM EXPEDITE USA, LLC; and RICARDO HABACUC ACEVEDO-SOSA,* Case No.: CVRI2201500, is removed to the United States District Court, for the Central District of California.

DATED:  May 23, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ESTHER P. HOLM
RYAN J. ANDERSON
Attorneys for RPM EXPEDITE USA,
LLC; and RICARDO HABACUC
ACEVEDO-SOSA



EXHIBIT "A"

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Matthew Taylor, Esq. (SBN 252556), Aaron G. Miller, Esq. (SBN 279126)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd, Suite 670<br>Los Angeles, California 90036<br>TELEPHONE NO: 310-777-7540　　FAX NO. *(Optional):* 310-777-0373<br>E-MAIL ADDRESS *(Optional):* mtaylor@vazirilaw.com; amiller@vazirilaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, DWAYNE REED | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: Riverside Historic Courthouse

PLAINTIFF: DWAYNE REED

DEFENDANT: RPM EXPEDITE USA, LLC;
　　　　　　　RICARDO HABACUC ACEVEDO-SOSA; and
☑ DOES 1 TO 50　　　inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
　　☐ **AMENDED** *(Number):*
**Type** *(check all that apply):*
☑ **MOTOR VEHICLE**　　☐ **OTHER** *(specify):*
　　☐ **Property Damage**　☐ **Wrongful Death**
　　☑ **Personal Injury**　　☐ **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
　**Amount demanded**　☐ **does not exceed $10,000**
　　　　　　　　　　　☐ **exceeds $10,000, but does not exceed $25,000**
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
　　☐ **from limited to unlimited**
　　☐ **from unlimited to limited**

CASE NUMBER:

CVRI2201500

1. **Plaintiff** *(name or names):* DWAYNE REED

   alleges causes of action against **defendant** *(name or names):*
   RPM EXPEDITE USA, LLC; RICARDO HABACUC ACEVEDO-SOSA; and DOES 1 to 50, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor　☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor　☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| REED v. RPM EXPEDITE USA, LLC, et al. | CVRI 2201500 |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* RPM Expedite USA
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☑ an unincorporated entity *(describe):*
          LLC
      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 to 25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 26 to 50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:<br>REED v. RPM EXPEDITE USA, LLC, et al. | CASE NUMBER:<br>CVRI 2201500 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [✓] Motor Vehicle
   b. [✓] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [✓] wage loss
   b. [✓] loss of use of property
   c. [✓] hospital and medical expenses
   d. [✓] general damage
   e. [✓] property damage
   f. [✓] loss of earning capacity
   g. [✓] other damage *(specify):*

   Future medical expenses; Future pain and suffering; Other damages to be determined up through discovery and up through the time of trial.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [✓] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: April 14, 2022

Aaron G. Miller, Esq.
_____
(TYPE OR PRINT NAME)

▶ /S/ Aaron G. Miller
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**PLD-PI-001(1)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| REED v. RPM EXPEDITE USA, LLC, et al. | CVRI 2201500 |

First _____
(number)

## CAUSE OF ACTION—Motor Vehicle

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Plaintiff (name): Dwayne Reed

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on (date): June 22, 2020
at (place):

Near the intersection of Etiwanda Avenue & Riverside Drive, in the City of Jurupa Valley, in Riverside County, California.

MV- 2. DEFENDANTS

a. ☑ The defendants who operated a motor vehicle are (names):
Ricardo Habacuc Acevedo-Sosa, and

☑ Does 1_____ to 50_____

b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment are (names):
Ricardo Habacuc Acevedo-Sosa; RPM Expedite USA, LLC, and

☑ Does 1_____ to 50_____

c. ☑ The defendants who owned the motor vehicle which was operated with their permission are (names):
Ricardo Habacuc Acevedo-Sosa; RPM Expedite USA, LLC, and

☑ Does 1_____ to 50_____

d. ☑ The defendants who entrusted the motor vehicle are (names):
Ricardo Habacuc Acevedo-Sosa; RPM Expedite USA, LLC, and

☑ Does 1_____ to 50_____

e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):
Ricardo Habacuc Acevedo-Sosa; RPM Expedite USA, LLC, and

☑ Does 1_____ to 50_____

f. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment MV-2f  ☑ as follows:
Ricardo Habacuc Acevedo-Sosa; RPM Expedite USA, LLC, and

☑ Does 1_____ to 50_____          **Page** 4_____

**Page 1 of 1**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| REED v. RPM EXPEDITE USA, LLC, et al. | CVRI2201500 |

_L_      ( )

Second _____   **C  USE OF  CT ON     e eral Ne  li  e  ce**   Page ____5____

  (number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name):  Dwayne Reed

alleges that defendant (name):  RPM E   edite USA, LLC  Ri  ard    a  a u  A  eved  S  sa

☑ Does   1 _____   to   50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff

on (date):  June 22, 2020

at (place):  Near the intersection of Etiwanda Avenue & Riverside Drive, in the City of Jurupa Valley, in Riverside County, California.

(description of reasons for liability):

At said time and place, Defendants, and each of them, negligently owned, maintained, operated,
entrusted, and/or drove their motor vehicle so as to cause injuries and damages to Plaintiff.
Plaintiff was injured and sustained damages as a direct legal cause of Defendants' negligence and
but for negligence of Defendants, Plaintiff would not have been injured and/or sustained damages.
Furthermore, Defendants and each of them are negligent per se for violating the California
Vehicle Code.  These Vehicle Code violations were the legal and direct cause of injuries and
damages sustained by Plaintiff

_a e_    _f_

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]   **C  USE OF   CT ON    e eral Ne  li  e  ce**   Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EXHIBIT "B"

Electronically FILED by Superior Court of California, County of Riverside on 05/18/2022 01:37 PM
Case Number CVRI2201500 0000021747619 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Brigit Prado, Clerk

| Attomey or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>*Telephone No:* 310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | | *Ref. No, or File No.:*<br>Dwayne Reed v. RPM Expedite | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| *Plaintiff:* DWAYNE REED<br>*Defendant:* RPM EXPEDITE USA, LLC; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>~~CVRI2201500~~  CVRI2201500 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Notice of Department Assignment

3. a. *Party served:* RICARDO HABACUC ACEVEDO-SOSA
   b. *Person served:* Naoil Sanchez, Wife

4. *Address where the party was served:* 2367 Quail Run Rd, Arlington, TX 76014

5. *I served the party:*
   b, by substituted service.   On: Sat, Apr 23 2022 at: 01:30 PM I left the documents listed in Item 2 with or in the presence of:
   Naoil Sanchez, Wife

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served, I informed him or her of the general nature of the papers.
   (2) ☒ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☒ (Declaration of Mailing) is attached.
   (5) ☒ (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
      ☐ other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS**

6980775
(4960585)
Page 1 of 2

| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>*Telephone No:* 310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Dwayne Reed v. RPM Expedite | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| *Plaintiff:* DWAYNE REED<br>*Defendant:* RPM EXPEDITE USA, LLC; ET AL | | | | |
| PROOF OF SERVICE<br>SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CVRI2201500 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:      Kim Shaw
   b. Address:      **FIRST LEGAL**
                  1517 W. Beverly Blvd.
                  LOS ANGELES, CA 90026
   c. Telephone number:      (213) 250-1111
   d. **The fee** for service was:      $249.25
   e. I am:
        (1) [X] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
        (3) [ ] a registered California process server:
            (i)   [ ] owner   [ ] employee   [ ] independent contractor
            (ii)   Registration No:
            (iii)   County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

04/25/2022

*(Date)*

Kim Shaw

*Kim Shaw*



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS**

6980775
*(4960585)*
Page 2 of 2

| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>_Telephone No:_ 310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| _Attorney For:_ Plaintiff | _Ref. No. or File No.:_<br>Dwayne Reed v. RPM Expedite | | | |
| _Insert name of Court, and Judicial District and Branch Court:_<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| _Plaintiff:_ DWAYNE REED<br>_Defendant:_ RPM EXPEDITE USA, LLC; ET AL | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>CVRI2201500 |

1. I, Kim Shaw, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject RICARDO HABACUC ACEVEDO-SOSA as follows:

2. _Documents:_ Summons; Complaint; Notice of Department Assignment

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Kim Shaw on: Apr 21, 2022, 7:45 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014
No answer and no activity seen in the home.

2) Unsuccessful Attempt by: Kim Shaw on: Apr 22, 2022, 3:30 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014
Spoke with elderly Hispanic lady, didn't speak much English. I was able to confirm he live here but not here.

3) Successful Attempt by: Kim Shaw on: Apr 23, 2022, 1:30 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014 received by Naoil Sanchez, Wife



**AFFIDAVIT OF**
**DUE DILIGENCE**

6980775
(4960585)
Page 1 of 2

| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>Telephone No: 310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Dwayne Reed v. RPM Expedite | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| Plaintiff: DWAYNE REED<br>Defendant: RPM EXPEDITE USA, LLC; ET AL | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CVRI2201500 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person who served papers**
   a. Name: Kim Shaw
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $249.25
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor
         (ii) Registration No:
         (iii) County:

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

04/25/2022

*(Date)*

*(Signature)*

AFFIDAVIT OF
DUE DILIGENCE

6980775
(4960585)
Page 2 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>  Telephone No: 310-777-7540 | *For Court Use Only* |
| *Attorney For:*  Plaintiff         *Ref. No. or File No.:*<br>                   Dwayne Reed v. RPM Expedite | |

*Insert name of Court, and Judicial District and Branch Court:*
Superior Court of California, County of Riverside, Historic Courthouse

*Plaintiff:*  DWAYNE REED
*Defendant:*  RPM EXPEDITE USA, LLC; ET AL

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CVRI2201500 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons; Complaint; Notice of Department Assignment

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage
    prepaid as follows:
    a. Date of Mailing: Mon, Apr 25, 2022
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: RICARDO HABACUC ACEVEDO-SOSA
                                  2367 Quail Run Rd, Arlington, TX 76014

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal*
    *Service on Mon, Apr 25, 2022 in the ordinary course of business.*

                                  Recoverable cost Per CCP 1033.5(a)(4)(B)

5.  *Person Serving:*
    a. THOMAS TILCOCK                 **d.** *The Fee* for Service was: $249.25
    **b. FIRST LEGAL**                   **e.** I am: Not a Registered California Process Server
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
    c. (213) 250-1111

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                     04/25/2022

                       *(Date)*                                *Thomas Tilcock*



Judicial Council Form                  **PROOF OF SERVICE**                *6980775*
Rule 2.150.(a)&(b) Rev January 1, 2007       **BY MAIL**                 *(4960585)*

EXHIBIT "C"

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

### NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service* for the reason(s) indicated below:

Proof of Service submitted via eFile transaction 22RSCR00111533. A declaration of mailing is needed to effect substituted service.

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/18/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
B. Votruba, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**     CVRI2201500

**Case Name:**     REED vs ACEVEDO-SOSA

DWAYNE REED

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service* for the reason(s) indicated below:

Proof of Service submitted via eFile transaction 22RSCR00111533. A declaration of mailing is needed to effect substituted service.

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/18/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
B. Votruba, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

### NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service Summons* for the reason(s) indicated below:

Proof of Service Summons received on 5/18/2022, via eFile (transaction #: 22RSCR00112448), date of mailing is needed. Furthermore, section 5.b.(4) states Declaration of Mailing is attached, however, said Declaration of Mailing is not attached. Proof of Service by Mail was uploaded as a separate document. Contacted plaintiff's counsel via phone to clarify reason for rejection. This document has been previously rejected three times.

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/18/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

B. Prado, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

DWAYNE REED

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service Summons* for the reason(s) indicated below:

Proof of Service Summons received on 5/18/2022, via eFile (transaction #: 22RSCR00112448), date of mailing is needed. Furthermore, section 5.b.(4) states Declaration of Mailing is attached, however, said Declaration of Mailing is not attached. Proof of Service by Mail was uploaded as a separate document. Contacted plaintiff's counsel via phone to clarify reason for rejection. This document has been previously rejected three times.

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/18/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

B. Prado, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

## AMENDED NOTICE OF HEARING
## (CIVIL)

Amended notice is hereby given that a Case Management Conference is scheduled on this case as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/17/2022 | 8:30 AM | Department 2 |
| Location of Hearing: **4050 Main Street, Riverside, CA 92501** | | |

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-143-8184 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

CI-AMNOHCV
(Rev. 03/02/22)

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing Amended Notice of Hearing on this date, by depositing said copy as stated above.

Dated: 05/04/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _Lourdes Melendrez_
_____
L. Melendrez, Deputy Clerk

CI-AMNOHCV
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVRI2201500


MILLER, AARON G.
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

Case 2:22-cv-03510- Document 1 Filed 05/23/22 Page 26 of 52 Page ID #:26
Electronically FILED by Superior Court of California, County of Riverside on 04/19/2022 08:53 AM
Case Number CVRI2201500 0000018025392 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Amia Brown, Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

| | |
|---|---|
| ☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220 | ☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563 |
| ☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225 | ☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 |
| ☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882 | ☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501 |
| ☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 | |

**RI-CI032**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)*<br>Matthew Taylor, Esq. (SBN 252556), Aaron G. Miller, Esq. (SBN 279126)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd, Suite 670<br>Los Angeles, California 90036<br>　TELEPHONE NO: 310-777-7540　　FAX NO. *(Optional)*: 310-777-0373<br>E-MAIL ADDRESS *(Optional)*: mtaylor@vazirilaw.com; amiller@vazirilaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff, DWAYNE REED | *FOR COURT USE ONLY* |
| PLAINTIFF/PETITIONER: DWAYNE REED | |
| DEFENDANT/RESPONDENT: RPM Expedite USA, LLC.; Ricardo Habacuc Acevedo-Sosa, et al. | CASE NUMBER:<br>CVRI2201500 |
| **CERTIFICATE OF COUNSEL** | |

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒　The action arose in the zip code of:　91752 _____

☐　The action concerns real property located in the zip code of:　_____

☐　The Defendant resides in the zip code of:　_____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date　April 14, 2022 _____

| | |
|---|---|
| Aaron Miller, Esq. _____<br>(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION) | ► /S/ *Aaron G. Miller* _____<br>(SIGNATURE) |

**Page 1 of 1**

| | | |
|---|---|---|
| Approved for Mandatory Use<br>Riverside Superior Court<br>RI-CI032 [Rev. 07/15/21] | **CERTIFICATE OF COUNSEL** | Local Rule 3117<br>riverside.courts.ca.gov/localfrms/localfrms.shtml |

Electronically FILED by Superior Court of California, County of Riverside on 04/14/2022 08:53 AM
Case Number CVRI2201500 Document Received and Filed By Michael Harrison, Deputy Clerk/Greer/Greer County Riverside Branch Clerk

Case 2:22-cv-03510 Document 1 Filed 05/23/22 Page 27 of 52 Page ID #:27

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Matthew Taylor, Esq. (SBN 252556), Aaron G. Miller, Esq. (SBN 279126)
Vaziri Law Group, APC.
5757 Wilshire Blvd., Suite 670
Los Angeles, CA 90036
TELEPHONE NO.: 310-777-7540     FAX NO.: 310-777-0373
ATTORNEY FOR (Name): Plaintiff, DWAYNE REED

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Riverside**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: Riverside Historic Courthouse

CASE NAME:
**Dwayne Reed v. RPM Expedite USA, LLC, et al**

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ✓ **Unlimited** ☐ **Limited** (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ **Counter** ☐ **Joinder** Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **CVRI2201500** JUDGE: DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ✓ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ✓ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ✓ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): Two (2)
5. This case ☐ is ✓ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 14, 2022
Aaron G. Miller, Esq.
_____
(TYPE OR PRINT NAME)

/S/ Aaron G. Miller
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers**   If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1.  This information will be used to compile statistics about the types and numbers of cases filed.  ou must complete items 1 through  on the sheet.  In item 1, you must chec **one** box for the case type that best describes the case.  If the case fits both a general and a more specific type of case listed in item 1, chec  the more specific one. If the case has multiple causes of action, chec  the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below.  A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.  0 and  .220 of the California Rules of Court.

**To Parties in Rule 3  0 Collections Cases**   A "collections case" under rule  .740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than  25,000, exclusive of interest and attorney s fees, arising from a transaction in which property, services, or money was ac uired on credit. A collections case does not include an action see ing the following: (1) tort damages, (2) punitive damages, ( ) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment.  The identification of a case as a rule  .740 collections case on this form means that it will be exempt from the general time-for-service re uirements and case management rules, unless a defendant files a responsive pleading.  A rule  .740 collections case will be subject to the re uirements for service and obtaining a judgment in rule  .740.

**To Parties in Complex Cases**   In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule  .400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff s designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND E AMPLES

**Auto Tort**
Auto (22) Personal Injury Property
    Damage  rongful Death
Uninsured Motorist (4 ) (if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)
**Other PI PD WD (Personal Injury Property Damage Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury
        rongful Death
Product Liability (not asbestos or
    toxic environmental) (24)
Medical Malpractice (45)
    Medical Malpractice
        Physicians  Surgeons
    Other Professional Health Care
        Malpractice
Other PI PD  D (2 )
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury PD  D
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI PD  D
**Non-PI PD WD (Other) Tort**
Business Tort Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) (not civil
    harassment) (0 )
Defamation (e.g., slander, libel)
    ( 1 )
Fraud (1 )
Intellectual Property (1 )
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        (not medical or legal)
Other Non-PI PD  D Tort ( 5)
**Employment**
    rongful Termination (  )
Other Employment (15)

**Contract**
Breach of Contract  arranty (0 )
    Breach of Rental Lease
        Contract (not unlawful detainer
            or wrongful eviction)
    Contract  arranty Breach  Seller
        Plaintiff (not fraud or negligence)
    Negligent Breach of Contract
        arranty
    Other Breach of Contract  arranty
Collections (e.g., money owed, open
    boo  accounts) (0 )
    Collection Case  Seller Plaintiff
    Other Promissory Note Collections
        Case
Insurance Coverage (not provisionally
    complex) (1 )
    Auto Subrogation
    Other Coverage
Other Contract ( 7)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain Inverse
    Condemnation (14)
    rongful Eviction ( )
Other Real Property (e.g.,  uiet title) (2 )
    rit of Possession of Real Property
    Mortgage Foreclosure
    uiet Title
    Other Real Property (not eminent
        domain, landlord tenant, or
        foreclosure)
**Unla ful Detainer**
Commercial ( 1)
Residential ( 2)
Drugs ( ) (if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)
**Judicial Re ie**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
    rit of Mandate (02)
        rit  Administrative Mandamus
        rit  Mandamus on Limited Court
            Case Matter
        rit  Other Limited Court Case
            Review
    Other Judicial Review ( )
        Review of Health Officer Order
        Notice of Appeal  Labor
            Commissioner Appeals

**Pro isionally Complex Ci il Litigation (Cal
Rules of Court Rules 3  00 3  03)**
Antitrust Trade Regulation (0 )
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (2 )
Environmental Toxic Tort ( 0)
Insurance Coverage Claims
    (arising from provisionally complex
    case type listed above) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment (non-
        domestic relations)
    Sister State Judgment
    Administrative Agency Award
        (not unpaid taxes)
    Petition Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Ci il Complaint**
RICO (27)
Other Complaint (not specified
    above) (42)
    Declaratory Relief Only
    Injunctive Relief Only (non-
        harassment)
    Mechanics Lien
    Other Commercial Complaint
        Case (non-tort non-complex)
    Other Civil Complaint
        (non-tort non-complex)
**Miscellaneous Ci il Petition**
Partnership and Corporate
    overnance (21)
Other Petition (not specified
    above) (4 )
    Civil Harassment
        or place Violence
    Elder Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

### NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **10/17/2022** | **8:30 AM** | **Department 2** |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-143-8184 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)





Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/20/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
          A. Brown, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

DWAYNE REED

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/17/2022 | 8:30 AM | Department 2 |
| Location of Hearing: | | |
| **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-143-8184 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

 Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

 Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/20/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

A. Brown, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

RICARDO HABACUC ACEVEDO-SOSA

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|:---:|:---:|:---:|
| 10/17/2022 | 8:30 AM | Department 2 |
| Location of Hearing: **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-143-8184 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

 Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

 Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/20/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

A. Brown, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

RPM EXPEDITE USA, LLC

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **10/17/2022** | **8:30 AM** | **Department 2** |
| Location of Hearing: **4050 Main Street, Riverside, CA 92501** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-143-8184 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)



Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.



Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/20/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by:  _____

A. Brown, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVRI2201500

MILLER, AARON G.                              REED, DWAYNE
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036
                                             RPM EXPEDITE USA, LLC

ACEVEDO-SOSA, RICARDO HABACUC

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Carol A. Greene in Department 2 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 04/20/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

A. Brown, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

SIAMAK VAZIRI, ESQ. [SBN 242447]
MATTHEW M. TAYLOR, ESQ. [SBN 252556]
AARON G. MILLER, ESQ. [SBN 279126]
**VAZIRI LAW GROUP, APC**
5757 Wilshire Blvd., Ste. 670
Los Angeles, CA 90036
Telephone:    (310) 777-7540
Facsimile:    (310) 777-0373

Attorneys for Plaintiff, DWAYNE REED

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

|  |  |
|---|---|
| DWAYNE REED, | ) Case No.: CVRI2201500 |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) **NOTICE OF POSTING JURY FEES** |
|  | ) |
| RPM EXPEDITE USA, LLC; RICARDO | ) |
| HABACUC ACEVEDO-SOSA; and DOES 1 to | ) |
| 50, inclusive, | ) |
|  | ) |
| Defendant(s). | ) |
|  | ) |

**TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff DWAYNE REED, hereby posts jury fees in the above-referenced matter in the amount of $150.00.

///

///

///

///

///

///

///

///

NOTICE OF POSTING JURY FEES

1

1    ///

2    DATED:  April 20, 2022          **VAZIRI LAW GROUP, APC**

3

4                                    By:      _____/s/ Aaron Miller_____
                                             SIAMAK VAZIRI, ESQ.
5                                            MATTHEW TAYLOR, ESQ.
                                             AARON G. MILLER, ESQ.
6                                            Attorneys for Plaintiff,
                                             DWAYNE REED
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service Summons* for the reason(s) indicated below:

Declaration of Mailing and Declaration of Diligence are not attached to the submission as indicated on POS-010. Documents may be added after the second page of the proof of service.  Please review and resubmit accordingly. Document received via eFiling on 05/13/2022.  Transaction ID# 22RSCR00108995 - One Legal

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/17/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
A. Brown, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

DWAYNE REED

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof of Service Summons* for the reason(s) indicated below:

Declaration of Mailing and Declaration of Diligence are not attached to the submission as indicated on POS-010. Documents may be added after the second page of the proof of service.  Please review and resubmit accordingly. Document received via eFiling on 05/13/2022.  Transaction ID# 22RSCR00108995 - One Legal

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/17/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
A. Brown, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501


**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA


AARON G. MILLER
5757 WILSHIRE BLVD STE 670
Los Angeles, CA 90036


### NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof Of Service* for the reason(s) indicated below:

Proof of Service received on 04/28/2022 has been rejected for the following reason: Declaration of Mailing was not attached to original document.  Please resubmit when correction has been made.

Transaction ID: 22RSCR00096029


### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.


Dated: 05/13/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court


by: _____

S. Anderson, Deputy Clerk


CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2201500

**Case Name:**   REED vs ACEVEDO-SOSA

DWAYNE REED

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *Proof Of Service* for the reason(s) indicated below:

Proof of Service received on 04/28/2022 has been rejected for the following reason: Declaration of Mailing was not attached to original document.  Please resubmit when correction has been made.

Transaction ID: 22RSCR00096029

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/13/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
S. Anderson, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

Electronically FILED by Superior Court of California, County of Riverside on 05/09/2022 09:57 AM
Case Number CVRI2201500 0000020700994 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Araceli Amezcua, Clerk

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br> *Telephone No:*  310-777-7540 | | | | |
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>Dwayne Reed v. RPM Expedite | | | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court of California, County of Riverside, Historic Courthouse |
|---|
| *Plaintiff:*  DWAYNE REED<br>*Defendant:*  RPM EXPEDITE USA, LLC; ET AL |

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CVRI2201500 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons and Complaint

3. *a.  Party served:*  RPM EXPEDITE USA, LLC
   *b.  Person served:*  Eric Kunz, Registered Agent for Service of Process

4. *Address where the party was served:*  5457 Sandshell Dr, Fort Worth, TX 76137

5. *I served the party:*
   **a. by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Mon, May 02 2022 at: 10:57 AM

   (1)  [X]  **(business)**
   (2)  [  ]  **(home)**
   (3)  [  ]  **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  [  ]  as an individual defendant.
   b.  [  ]  as the person sued under the fictitious name of *(specify)*:
   c.  [  ]  as occupant.
   d.  [X]  On behalf of *(specify)*:  RPM EXPEDITE USA, LLC
       under the following Code of Civil Procedure section:
       [X]  416.10 (corporation)                        [  ]  415.95 (business organization, form unknown)
       [  ]  416.20 (defunct corporation)               [  ]  416.60 (minor)
       [  ]  416.30 (joint stock company/association)   [  ]  416.70 (ward or conservatee)
       [  ]  416.40 (association or partnership)        [  ]  416.90 (authorized person)
       [  ]  416.50 (public entity)                     [  ]  415.46 (occupant)
       [  ]  other:



| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>Telephone No: 310-777-7540<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>Dwayne Reed v. RPM Expedite | |
| Insert name of Court, and Judicial District and Branch Court:<br>Superior Court of California, County of Riverside, Historic Courthouse | | |
| Plaintiff: DWAYNE REED<br>Defendant: RPM EXPEDITE USA, LLC; ET AL | | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CVRI2201500 |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7.  **Person who served papers**
    a.  Name:             James Hatcher
    b.  Address:          **FIRST LEGAL INVESTIGATIONS**
                         2070 N. TUSTIN AVENUE, 2ND FLOOR
                         SANTA ANA, CA 92705
    c.  Telephone number:  (714) 550-1375
    d.  **The fee** for service was:   $619.30
    e.  I am:
        (1)  [X]  not a registered California process server.
        (2)  [ ]  exempt from registration under Business and Professions Code section 22350(b).
        (3)  [ ]  a registered California process server:
             (i)   [ ] owner  [ ] employee  [ ] independent contractor
             (ii)  Registration No:
             (iii) County:

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

_____5/4/22_____          _____
     (Date)                              James Hatcher



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF
SERVICE
SUMMONS**

7036656
(112507)
Page 2 of 2

Electronically FILED by Superior Court of California, County of Riverside on 05/18/2022 01:37 PM
Case Number CVRI2201500 0000021747619 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Brigit Prado, Clerk

| Attorney or Party without Attorney: <br> Matthew Taylor (SBN 252556) <br> VAZIRI LAW GROUP, APC <br> 5757 Wilshire Blvd., Suite 670 <br> Los Angeles, California, 90036 <br> *Telephone No:*  310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney For:*  Plaintiff | | *Ref. No. or File No.:* <br> Dwayne Reed v. RPM Expedite | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| *Plaintiff:*  DWAYNE REED <br> *Defendant:*  RPM EXPEDITE USA, LLC; ET AL | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> ~~CVRI2201500~~  CVRI2201500 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Notice of Department Assignment

3. a. *Party served:*  RICARDO HABACUC ACEVEDO-SOSA
   b. *Person served:*  Naoil Sanchez, Wife

4. *Address where the party was served:*  2367 Quall Run Rd, Arlington, TX 76014

5. *I served the party:*
   b. by substituted service.   On: Sat, Apr 23 2022 at 01:30 PM I left the documents listed in Item 2 with or in the presence of:
   Naoil Sanchez, Wife

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☒ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☒ (Declaration of Mailing) is attached.
   (5) ☒ (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)                                   ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)                           ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)               ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)                    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                                 ☐ 415.46 (occupant)
       ☐ other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS**

6980775
(4960585)
Page 1 of 2

| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>Telephone No: 310-777-7540 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Dwayne Reed v. RPM Expedite | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| Plaintiff: DWAYNE REED<br>Defendant: RPM EXPEDITE USA, LLC; ET AL | | | | |
| **PROOF OF SERVICE<br>SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CVRI2201500 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:               Kim Shaw
   b. Address:            **FIRST LEGAL**
                          1517 W. Beverly Blvd.
                          LOS ANGELES, CA 90026
   c. Telephone number:   (213) 250-1111
   d. **The fee** for service was:  $249.25
   e. I am:
      (1)  [X]  not a registered California process server.
      (2)  [ ]  exempt from registration under Business and Professions Code section 22350(b).
      (3)  [ ]  a registered California process server:
           (i)   [ ] owner  [ ] employee  [ ] independent contractor
           (ii)  Registration No:
           (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

04/25/2022                          Kim Shaw

*(Date)*                            Kim Shaw



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE
SUMMONS**

6980775
(4960585)
Page 2 of 2

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>*Telephone No:* 310-777-7540 | | | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Dwayne Reed v. RPM Expedite | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | |
| *Plaintiff:* DWAYNE REED<br>*Defendant:* RPM EXPEDITE USA, LLC; ET AL | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CVRI2201500 |

1. I, Kim Shaw, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject RICARDO HABACUC ACEVEDO-SOSA as follows:

2. *Documents:* Summons; Complaint; Notice of Department Assignment

**Attempt Detail**

1) Unsuccessful Attempt by: Kim Shaw on: Apr 21, 2022, 7:45 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014
No answer and no activity seen in the home.

2) Unsuccessful Attempt by: Kim Shaw on: Apr 22, 2022, 3:30 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014
Spoke with elderly Hispanic lady, didn't speak much English. I was able to confirm he live here but not here.

3) Successful Attempt by: Kim Shaw on: Apr 23, 2022, 1:30 pm CDT at 2367 Quail Run Rd, Arlington, TX 76014 received by Naoll
Sanchez, Wife



AFFIDAVIT OF
DUE DILIGENCE

6980775
(4960585)
Page 1 of 2

| Attorney or Party without Attorney:<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>*Telephone No:* 310-777-7540 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney For:* Plaintiff | | *Ref. No. or File No.:*<br>Dwayne Reed v. RPM Expedite | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Superior Court of California, County of Riverside, Historic Courthouse | | | | | |
| *Plaintiff:* DWAYNE REED<br>*Defendant:* RPM EXPEDITE USA, LLC; ET AL | | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | | *Case Number:*<br>CVRI2201500 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person who served papers**
   a. Name:             Kim Shaw
   b. Address:          **FIRST LEGAL**
                        1517 W. Beverly Blvd.
                        LOS ANGELES, CA 90026
   c. Telephone number:   (213) 250-1111
   d. **The fee** for service was:   $249.25
   e. I am:
      (1) [X]  not a registered California process server.
      (2) [ ]  exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ]  a registered California process server:
           (i)   [ ] owner  [ ] employee  [ ] independent contractor
           (ii)  Registration No:
           (iii) County:

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*


04/25/2022

*(Date)*                                    *(Signature)*


AFFIDAVIT OF
DUE DILIGENCE

6980775
(4960585)
Page 2 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, California, 90036<br>   Telephone No: 310-777-7540 | *For Court Use Only* |
| *Attorney For:*   Plaintiff   *Ref. No. or File No.:*<br>Dwayne Reed v. RPM Expedite | |

*Insert name of Court, and Judicial District and Branch Court:*
Superior Court of California, County of Riverside, Historic Courthouse

*Plaintiff:*   DWAYNE REED
*Defendant:*   RPM EXPEDITE USA, LLC; ET AL

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CVRI2201500 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons; Complaint; Notice of Department Assignment

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage
   prepaid as follows:
   a. Date of Mailing: Mon, Apr 25, 2022
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: RICARDO HABACUC ACEVEDO-SOSA
                  2367 Quail Run Rd, Arlington, TX 76014

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal
   Service on Mon, Apr 25, 2022 in the ordinary course of business.*

                                                      Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK                         **d.** *The Fee* for Service was: $249.25
   **b. FIRST LEGAL**                          **e.** I am: Not a Registered California Process Server
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| | |
|---|---|
| 04/25/2022 | |
| *(Date)* | *Thomas Tilcock* |



Judicial Council Form          **PROOF OF SERVICE**                    *6980775*
Rule 2.150.(a)&(b) Rev January 1, 2007          **BY MAIL**              *(4960585)*

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Reed, Dwayne v. Ricardo Habacuc Acevedo-Sosa, et al.
Case No.

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action.  My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.

On May 23, 2022, I served true copies of the following document(s): DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Matthew Taylor, Esq. | Attorneys for Plaintiff, |
| VAZIRI LAW GROUP,APC | **Dwayne Reed** |
| 5757 Whilshire Blvd., Suite 670 | |
| Los Angeles, CA  90036 | T: 310.777.7540 |
| | F: 310.777.0373 |
| | |
| | Email: |
| | mtaylor@vazirilaw.com |
| | amiller@vazirilaw.com |

☒    (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address Stacy.Gibboney@lewisbrisbois.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2022, at Costa Mesa, California.

*Stacy Gibboney*
_____
Stacy Gibboney

DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW