**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ESTHER P. HOLM, SB# 140279
  E-Mail: Esther.Holm@lewisbrisbois.com
RYAN J. ANDERSON, SB# 279471
  E-Mail: Ryan.Anderson@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendants, RPM EXPEDITE USA, LLC; and RICARDO HABACUC ACEVEDO-SOSA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DWAYNE REED, <br><br> Plaintiff, <br><br> vs. <br><br> RPM EXPEDITE USA, LLC; and RICARDO HABACUC ACEVEDO-SOSA; and DOES 1 to 50 inclusive, <br><br> Defendants. | Case No. 2:22-cv-3510 <br><br> **DECLARATION OF RICARDO HABACUC ACEVEDO-SOSA IN SUPPORT OF DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> Action Filed: April 14, 2022 <br> Trial Date:      None Set |

I, Ricardo Habacuc Acevedo-Sosa, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

2. I reside at 2367 Quail Run Road, Arlington, Texas.

///
///
///
///
///
///
///

4869-1704-7839.1

3. The Summons, Complaint, and other notices from the state court were served upon my wife, Naoil Sanchez, for service of process on April 23, 2022.

I declare that the foregoing is true and correct and that this declaration was executed on May 23, 2022, at Tarrant County, Texas.

_____
Ricardo Habacuc Acevedo-Sosa

4869-1704-7839.1

2

DECLARATION OF RICARDO HABACUC ACEVEDO-SOSA IN SUPPORT OF DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

# CALIFORNIA STATE COURT PROOF OF SERVICE
Reed, Dwayne v. Ricardo Habacuc Acevedo-Sosa, et al.
Case No.

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.

On May 23, 2022, I served true copies of the following document(s): DECLARATION OF RICARDO HABACUC ACEVEDO-SOSA IN SUPPORT OF DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Matthew Taylor, Esq.<br>VAZIRI LAW GROUP, APC<br>5757 Whilshire Blvd., Suite 670<br>Los Angeles, CA 90036 | Attorneys for Plaintiff,<br>**Dwayne Reed**<br><br>T: 310.777.7540<br>F: 310.777.0373<br><br>Email:<br>mtaylor@vazirilaw.com<br>amiller@vazirilaw.com |

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address Stacy.Gibboney@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2022, at Costa Mesa, California.

*Stacy Gibboney*
Stacy Gibboney

4882-5206-8895.1

1

DECLARATION OF RICARDO HABACUC ACEVEDO-SOSA IN SUPPORT OF DEFENDANTS RPM EXPEDITE USA, LLC; AND RICARDO HABACUC ACEVEDO-SOSA'S NOTICE OF REMOVAL TO FEDERAL COURT